[No. 16074-5-I. Division One. July 30, 1986.]

THE STATE OF WASHINGTON, *Respondent,* v. JOHN RANDOLF BAIRD, *Appellant.*

Appeal from a judgment of the Superior Court for Snohomish County, No. 84-1-00479-1, Paul D. Hansen, J., entered February 1, 1985. *Affirmed* by unpublished opinion

1034

per Ringold, A.C.J., concurred in by Swanson and Williams, JJ.